B 5 (Official Form  5) (12/07)

| # UNITED STATES BANKRUPTCY COURT<br><br>Northern District of Illinois | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual:  Last, First, Middle)<br><br>Walgreen, Estelle G. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>(n/a) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>121 North Sheridan Road<br>Lake Forest, IL  60045-2426 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>(n/a) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake County, Illinois, 60045-2426<br>ZIP CODE | ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7        ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐  Debts are primarily consumer debts<br>☑  Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐  Health Care Business<br>☐  Single Asset Real Estate as defined in<br>     11 U.S.C. § 101(51)(B)<br>☐  Railroad<br>☐  Stockbroker<br>☐  Commodity Broker<br>☐  Clearing Bank<br>☑  Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐  Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)**

| Name of Debtor<br>(n/a) | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>**(Check applicable boxes)** | COURT USE ONLY |
|---|---|
| 1.  ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>     States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>     the subject of a bona fide dispute as to liability or amount;<br>     or<br>b.  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or<br>     agent appointed or authorized to take charge of less than substantially all of the property of the<br>     debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Walgreen, Estelle G.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____  Regional Credit Manager | /s/ Joanne Lee |
| Signature of Petitioner or Representative (State title) | x _____  03/18/2008 |
| Earle M. Jorgensen Company          03/18/2008 | Signature of Attorney                    Date |
| Name of Petitioner          Date Signed | Frank W. DiCastri, Foley & Lardner LLP          Joanne Lee |
| | Name of Attorney Firm (If any) |
| Name & Mailing          Russell Lee | 777 East Wisconsin Ave., Milwaukee, WI 53202 |
| Address of Individual          Earle M. Jorgensen Company | Address          321 N. Clark Street, Suite 2800 |
| Signing in Representative          1900 Mitchell Blvd. | (414) 271-2400          Chicago, IL 60610 |
| Capacity          Schaumburg, IL 60193 | Telephone No.          312.832.4300 |

| | |
|---|---|
| x _____  President, Chief Executive Officer | x _____  03/18/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Wisconsin Steel and Tube Corporation          03/18/2008 | Samuel C. Wisotzkey, Kohner, Mann & Kailas, S.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 4650 North Port Washington Rd., Milwaukee, WI 53212-1059 |
| Name & Mailing          Michael Poehlmann | Address |
| Address of Individual          Wisconsin Steel and Tube Crp. | (414) 962-5110 |
| Signing in Representative          1555 North Mayfair Rd. | Telephone No. |
| Capacity          Milwaukee, WI 53226 | |

| | |
|---|---|
| x _____  Executive Vice President | x _____  03/18/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Banks of Wisconsin, d/b/a Bank of Kenosha          03/18/2008 | James L. Adashek, Adashek Law Firm |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 757 North Broadway #300, Milwaukee, WI 53202-3612 |
| Name & Mailing          W. Thomas Carls | Address |
| Address of Individual          Banks of Wisconsin | (414) 319-1115 |
| Signing in Representative          5117 Green Bay Rd. | Telephone No. |
| Capacity          Kenosha, WI 53144 | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Earle M. Jorgensen Co., 1900 Mitchell Blvd.•Schaumburg, IL 60193 | Personal Guaranty | 832,403.23 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Wisconsin Steel and Tube, 1555 North Mayfair Rd., Milwaukee, WI 53226 | Personal Guaranty | 600,141.93 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Banks of Wisconsin, 5117 Green Bay Rd., Kenosha, WI 53144 | Personal Guaranty | 707,684.24 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor   Walgreen, Estate G. _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. |

| | |
|---|---|
| x Regional Credit Manager | x 03/18/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Earle M. Jorgensen Company          03/18/2008 | Frank W. DiCastri, Foley & Lardner LLP |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (if any) |
| | 777 East Wisconsin Ave., Milwaukee, WI 53202 |
| Name & Mailing       Russell Lee | Address |
| Address of Individual  Earle M. Jorgensen Company | (414) 271-2400 |
| Signing in Representative  1900 Mitchell Blvd. | Telephone No. |
| Capacity             Schaumburg, IL 60193 | |
| x Michael F. Poehlmann  President, Chief Executive Officer | x 03/18/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Wisconsin Steel and Tube Corporation  03/18/2008 | Samuel C. Wisotzkey, Kohner, Mann & Kailas, S.C. |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (if any) |
| | 4650 North Port Washington Rd., Milwaukee, WI 53212-1059 |
| Name & Mailing       Michael Poehlmann | Address |
| Address of Individual  Wisconsin Steel and Tube Crp. | (414) 962-5110 |
| Signing in Representative  1555 North Mayfair Rd. | Telephone No. |
| Capacity             Milwaukee, WI 53226 | |
| x Executive Vice President | x 03/18/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Banks of Wisconsin, d/b/a Bank of Kenosha  03/18/2008 | James L. Adashek, Adashek Law Firm |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (if any) |
| | 757 North Broadway #300, Milwaukee, WI 53202-3612 |
| Name & Mailing       W. Thomas Cade | Address |
| Address of Individual  Banks of Wisconsin | (414) 319-1115 |
| Signing in Representative  5117 Green Bay Rd. | Telephone No. |
| Capacity             Kenosha, WI 53144 | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Earle M. Jorgensen Co., 1900 Mitchell Blvd.-Schaumburg, IL 60193 | Personal Guaranty | 832,403.23 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Wisconsin Steel and Tube, 1555 North Mayfair Rd., Milwaukee, WI 53226 | Personal Guaranty | 600,141.93 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Banks of Wisconsin, 5117 Green Bay Rd., Kenosha, WI 53144 | Personal Guaranty | 707,684.24 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Walgreen, Estelle G

Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ Regional Credit Manager | x_____ 03/18/2008 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                   Date |
| Earle M. Jorgensen Company              03/18/2008 | Frank W. DiCastri, Foley & Lardner LLP |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| | 777 East Wisconsin Ave., Milwaukee, WI 53202 |
| Name & Mailing          Russell Lee | Address |
| Address of Individual   Earle M. Jorgensen Company | (414) 271-2400 |
| Signing in Representative  1900 Mitchell Blvd. | Telephone No. |
| Capacity                Schaumburg, IL 60193 | |

| x_____ President, Chief Executive Officer | x_____ 03/18/2008 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                   Date |
| Wisconsin Steel and Tube Corporation        03/18/2008 | Samuel C. Wisotzkey, Kohner, Mann & Kailas, S.C. |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| | 4650 North Port Washington Rd., Milwaukee, WI 53212-1059 |
| Name & Mailing          Michael Poehlmann | Address |
| Address of Individual   Wisconsin Steel and Tube Crp. | (414) 962-5110 |
| Signing in Representative  1555 North Mayfair Rd. | Telephone No. |
| Capacity                Milwaukee, WI 53226 | |

| x_____ Executive Vice President | x_____ 03/18/2008 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                   Date |
| Banks of Wisconsin, d/b/a Bank of Kenosha    03/18/2008 | James U. Adeshek, Adashek Law Firm |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| | 757 North Broadway #300, Milwaukee, WI 53202-3612 |
| Name & Mailing          W. Thomas Carls | Address |
| Address of Individual   Banks of Wisconsin | (414) 319-1115 |
| Signing in Representative  5117 Green Bay Rd. | Telephone No. |
| Capacity                Kenosha, WI 53144 | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Earle M. Jorgensen Co., 1900 Mitchell Blvd., Schaumburg, IL 60193 | Personal Guaranty | 832,403.23 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Wisconsin Steel and Tube, 1555 North Mayfair Rd., Milwaukee, WI 53226 | Personal Guaranty | 600,141.93 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Banks of Wisconsin, 5117 Green Bay Rd., Kenosha, WI 53144 | Personal Guaranty | 707,684.24 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EARLE M. JORGENSEN COMPANY, a )
Delaware corporation, )
                               )
          Plaintiff, )
                               )
     vs. )          Case No. 1:07-cv-03740
                               )
ESTELLE G. WALGREEN, an individual, )   Hon. Suzanne B. Conlon
                               )
         Defendant. )
                               )
                               )

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     That pursuant to the personal guaranty signed by Estelle G. Walgreen in favor of Earle M. Jorgensen Company, guarantying payment of all debt of Converse Industries, Inc. to Earle M. Jorgensen Company, and promising to pay 18% on all sums due and owing when they mature, and promising to pay all attorneys' fees and costs associated with Earle M. Jorgensen's efforts to collect the debt, default judgment be, and hereby is, entered against Estelle G. Walgreen, and in favor of Earle M. Jorgensen Company, in the amount of $832,403.23, plus any additional accruing interest on said amount, plus any attorneys' fees and costs incurred but not yet billed, or to be incurred, by Earle M. Jorgensen Company in an effort to collect the debt.

2.     That upon showing by Earle M. Jorgensen Company that additional interest on this judgment has accrued, or that Jorgensen has incurred additional attorneys' fees

and costs not already included in the judgment, this Court may add such interest, fees or costs to the judgment by order at any time.

Dated at Chicago, Illinois, this 20 day of ___August___ 2007.

BY THE COURT

Honorable Suzanne B. Conlon

MILW_2581733.1

# EXHIBIT B



**STATE OF WISCONSIN**      **CIRCUIT COURT**      **KENOSHA COUNTY**

Banks of Wisconsin
d/b/a Bank of Kenosha
5117 Green Bay Road
Kenosha, WI 53144
A Wisconsin banking corporation,

**FILED**

**NOV 13 2007**

REBECCA MATOSKA - MENTINK
CLERK OF CIRCUIT COURT

Plaintiff

vs.

Estelle G. Walgreen
121 North Sheridan Road
Lake Forest, IL 60045,

Defendant

Case No. 07-CV-1290

Case Code: 30301
Classification: Money Judgment

---

## ORDER FOR JUDGMENT AND JUDGMENT

This case came before the Court, the Honorable Barbara A. Kluka presiding, on October 30, 2007 for a hearing on Plaintiff's Motion for Summary Judgment.  Plaintiff Banks of Wisconsin appeared by its attorney James L. Adashek.  Any other appearances are noted in the record.

Based upon the pleadings, affidavits and motion papers on file herein, and for the reasons stated on the record in open court,

IT IS HEREBY ORDERED:

That judgment shall be entered in favor of Plaintiff and against defendant Estelle G. Walgreen for the total sum of $707,684.24 for principal, interest, late fees, attorney's fees and court costs, as set forth on the attached Summary of Judgment.

Dated this 13 day of November, 2007.

By the Court:

_Barbara A. Kluka_

Honorable Barbara A. Kluka
Circuit Judge

## JUDGMENT

Judgment is hereby entered this 13th day of November, 2007 in favor of

Plaintiff Banks of Wisconsin, 5117 Green Bay Road, Kenosha, WI 53144, and

against Defendant Estelle G. Walgreen, 121 North Sheridan Road, Lake Forest, IL

60045 in the amount of $707,684.24.

Rebecca Matoska-Mentink
Clerk of Circuit Court

By: _Linda D. Hughes_
Judgment Clerk

NOV 13 2007                2:53p.m.

Docket - File Fee Paid
Date: 11/15/07
By: CM

2

## SUMMARY OF JUDGMENT

| | |
|---|---|
| Principal | $639,487.94 |
| (Overdraft $121,626.10, plus $105,816.79 Waggonz loan, plus $412,045.05 Converse loan) | |
| Interest | $57,249.32 |
| ($47,920.22 Converse loan, plus $9,329.10 Waggonz loan) | |
| Late Fees  ($2,100.56 Waggonz loan, plus $1,020.92 Converse loan) | 3,121.48 |
| Attorney's Fees | $7,388.50 |
| Filing Fees | $406.00 |
| ($256.00 Circuit Court, plus $150.00 bankruptcy court) | |
| Service of Process | $31.00 |
| Total Costs and Attorney's Fees | $7,825.50 |
| **Total Amount of Judgment** | **$707,684.24** |

3

# EXHIBIT C

JL-10-07 TUE 02:35 PM   WIS STEEL                    FAX NO. 4144530788              P. 09

## INDIVIDUAL GUARANTY (UNLIMITED)

IN CONSIDERATION OF One Dollar ($1.00) or other goods and valuable considerations to the undersigned in hand paid by Wisconsin Steel & Tube Corporation of Wauwatosa, Wisconsin, (hereinafter referred to as "WST", the receipt of which is hereby acknowledged, the undersigned hereby promises and agrees to pay our cause to be paid to said WST, its successors or assigns, all loans, drafts, overdrafts, endorsements, accounts, checks, notes, interest, guaranties and all other direct or indirect indebtedness, obligations and liabilities of every kind and description, whether of the same or a different nature, now existing or owing or which may hereafter arise or be contracted or exist or become due or owing (hereinafter referred to as indebtedness, obligations, and liabilities) from or by Converse Industries    (hereinafter designated debtor) to said WST, howsoever the same or any thereof may be acquired by WST, whenever the same or any thereof, or any part thereof, shall be due, including interest thereon and all costs, expenses and reasonable attorney's fees at any time paid or incurred in endeavoring to collect such indebtedness, liabilities and obligations, or any part thereof, even though any or all of said indebtedness, liabilities and obligations may be invalid and not enforceable against debtor.

Presentment, demand, notice of dishonor and protest of every kind of any of said notes, indebtedness, obligations and liabilities and hereby waived, and notice of acceptance of this guaranty and notice of any and all proceedings to collect from the debtor or anyone else and any and all diligence of collections and presentation are hereby waived.

Any claim the undersigned may have against the debtor, while said debtor is indebted or under liability either direct or indirect of whatsoever nature to said WST, shall not be enforced or any payment made thereon until said indebtedness or liability of said debtor to said WST is paid in full.

Said WST need take no steps whatsoever to realize on any collateral pledged to secure the payment of said indebtedness, obligations and liabilities, or any part thereof, and from time to time and without notice may surrender or release all or any of such collateral, and grant extensions of time to said debtor for the payment or any or all of said indebtedness, obligations, and liabilities, and renew or extend the time of payment of any or all of said indebtedness, obligations and liabilities or any collateral therefore, to all of which the undersigned consents, Said WST may accept additional collateral for any said indebtedness, obligations and liabilities without notice: and without notice shall have the exclusive right to determine how, when and what application of payment and credits, if any, shall be made on such indebtedness, liabilities and obligations or any part thereof, and what, if anything, shall at any time be done with reference to any collateral, and without notice to the undersigned may settle or compromise the amount due or owing or claimed to be due or owing on any collateral.

Said WST may at any time without notice to the undersigned subordinate said indebtedness, obligations and liabilities or any part thereof to any other indebtedness now or hereafter owing by the debtor to anyone without in any way affecting the liability and obligations of the undersigned hereunder.

JUL-10-07 TUE 02:35 PM   WIS STEEL                FAX NO. 4144530789                    P. 10

**INDIVIDUAL GUARANTY (Unlimited)**
**Page 2**

This is a continuing guaranty and shall not be revoked by death, and shall be binding upon the heirs, executors, administrators and assign of the undersigned and shall continue in force under any and all circumstances as to all indebtedness, obligations and liabilities contracted or incurred prior to the receipt by said WST of written notice of the revocations hereof.

This guaranty shall insure to the benefit of and may be enforced by WST, its successors or assigns or by the holder and owner of any of the notes, indebtedness, obligations and liabilities secured by this guaranty.

The undersigned consents and agrees to and shall be bound by all of the terms and conditions hereof.

WITNESS my hand and seal this _____ 19th _____ day of _____ June _____ 2006 at
_____ Wisconsin

_____        _____
Witness                     Date        Debtor                    Date

Subscribed and sworn to before me
this 19 day of June 2006

_____
Notary Public in and for the County of Milwaukee,
State of Wisconsin
My commission expires July 13, 2010

JUL-11-07 WED 07:38 AM   WIS STEEL          FAX NO. 4144530789          P. 02

**Converse Industries** _____ **June 19, 2006** _____ **$532,597.37**

The undersigned (maker, weather one or more) Promises to pay to the order of **WISCONSIN STEEL & TUBE CORPORATION**, at its office, Five hundred thirty two thousand five hundred ninety seven & 37/100.

(Check (a) (b) or (c): only one shall apply.)

___ (a) in one payment on _____ payable July 19,2006, and on the same day of
__X__ (b) in 12 equal installments of **$46,329.81** _____ payable July 19,2006, and on the same day of the
each month thereafter, PLUS a final payment of unpaid principal and interest due on the same day of the
next succeeding month. All payments include principal and interest.
___ (c) in _____ equal installments of principal of $_____ payable _____ 20__, and on the same
day of each _____ month thereafter, PLUS a final payment of unpaid principal due on the same day of
the next succeeding _____ month, PLUS interest payable as set forth below.

If the amount of interest is not shown on line 4 below, this Note bears interest on the unpaid balance
before maturity at the rate of_____% per year payable on _____ 20__, and on the same day of each
_____month thereafter, and at maturity, OR, if box (B) is checked, at the times so indicated.
Unpaid principal and interest bear interest after maturity (whether by acceleration or lapse of time) at the
rate of ___% per year until paid, or, if Maker is a corporation, at the rate of ___% per year.

If any installment is not paid when due or if holder deems itself insecure, the unpaid balance shall, at the
option of the holder, and without notice mature and become immediately payable. The unpaid balance
shall automatically mature and become immediately payable in the event any Maker, surety, indorser or
guarantor becomes the subject of bankruptcy or other insolvency proceedings.

This note is secured by all existing and future security agreements between payee and Maker, or payee
and any indorser or guarantor of this Note, and payment may be accelerated according to any of them.
The maker grants the holder a security interest and lien in any credit balance or other money now or
hereafter owed and Maker by holder, and in addition, agrees that holder may, at any time after an
occurrence of an event of default, with out notice or demand, set off against any such credit balance or
other money any amount unpaid under this Note.

Without affecting the liability of any Maker, indorser, surety or guarantor, the holder may, without notice
renew or extend the time for payment, accept partial payments, release or impair any collateral security
for the payment of this Note or agree not to sue any party liable on it.

All Makers, indorsers, sureties, and guarantors agree to pay all costs of collection, including reasonable
attorneys, fees, and waive presentment, protest, demand and notice of dishonor.

In the rate of interest exceeds 10% per year, and the Maker is not a corporation, this Note may be
prepaid in full or in part without penalty, and if prepaid in full, unearned interest, if any, will be refunded as
required by law; otherwise, this Note may be prepaid in for or in part.

Holder may apply partial prepayment to such future installments as it elects.

Payee has not made any representations or warranties with respect to, and does not assume any
responsibility for, the collectability or enforceability of this Note or any collateral securing the Note or the
financial condition of any Maker. Each Maker has independently determined the collectability and
enforceability of this Note and has made an independent appraisal of each Makers creditworthiness.

1. Loan Proceeds    $_____        _____ Pr.    Seal  x
2. Cr. Life Ins. charge  $_____                              Seal
3. Cr. A&S Ins. charge  $_____                              Seal
4. Intst (add-on or Disc) $_____                            Seal
5.                      $_____        Subscribed & sworn to before me
6. Face Amount of Note $_____        this 19 day of June 2006

JUL-10-07 TUE 02:34 PM   WIS STEEL                    FAX NO. 4144530789              P. 08

# Loan Calculator

| | Enter Values | |
|---|---|---|
| Loan Amount: | $ | 532,597.37 |
| Annual Interest Rate | | 8.00 % |
| Loan Period in Years | | 12 |
| Number of Payments Per Year | | 12 |
| Start Date of Loan | | 6/19/2008 |
| Optional Extra Payments: | $ | |

| | Loan Summary | |
|---|---|---|
| Scheduled Payment | $ | 46,329.81 |
| Scheduled Number of Payments | | 12 |
| Actual Number of Payments | | 12 |
| Total Early Payments | $ | - |
| Total Interest | $ | 23,340.33 |

Lender Name: [Dynamic Industries]

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/19/2006 | $ 532,597.37 | $ 46,329.81 | $ - | $ 46,329.81 | $ 42,770.16 | $ 3,550.65 | 489,818.21 | 02 3496 | 1-31-08 |
| 2 | 8/19/2008 | 489,818.21 | 46,329.81 | - | 46,329.81 | 43,064.35 | 3,265.45 | 446,763.86 | 07 3120 | 3-19-02 |
| 3 | 9/19/2006 | 446,763.86 | 46,329.81 | - | 46,329.81 | 43,351.45 | 2,978.38 | 403,402.40 | 07 3442 | 7-22-06 |
| 4 | 10/19/2008 | 403,402.41 | 46,329.81 | - | 46,329.81 | 43,640.45 | 2,689.36 | 359,761.96 | 02 4721 | 10-19-06 |
| 5 | 11/19/2008 | 359,761.95 | 46,329.81 | - | 46,339.81 | 43,931.40 | 2,398.41 | 315,830.55 | 02 1653 | 11-21-06 |
| 6 | 12/19/2008 | 315,830.55 | 46,329.81 | - | 46,329.81 | 44,224.27 | 2,105.54 | 271,606.28 | CX 3172 | 12-29-06 |
| 7 | 1/19/2007 | 271,606.28 | 46,329.81 | - | 46,329.81 | 44,519.10 | 1,810.71 | 227,087.18 | 2 3190 | 1-23-07 |
| 8 | 2/19/2007 | 227,087.18 | 46,329.81 | - | 46,329.81 | 44,816.89 | 1,513.91 | 182,271.29 | | 3-5-07 |
| 9 | 3/19/2007 | 182,271.29 | 46,329.81 | - | 46,329.81 | 45,114.67 | 1,215.14 | 137,156.62 | 07 | 4-5-07 |
| 10 | 4/19/2007 | 137,156.62 | 46,335.81 | - | 46,329.81 | 45,496.43 | 914.38 | 91,741.19 | 4/6/06 | |
| 11 | 5/19/2007 | 91,741.19 | 46,329.81 | - | 46,329.81 | 45,718.20 | 611.61 | 46,022.99 | | |
| 12 | 6/19/2007 | 46,022.99 | 46,326.81 | - | 46,022.99 | 45,716.17 | 306.82 | 0.00 | | |

*Payments 9 & 10 406 Renewal replaced 4/26/07*

JUL-11-07 WED 07:39 AM    WIS STEEL.                FAX NO. 4144530789                    P. 03

**Converse Industries**                          March 22, 2007         $278,511.17

The undersigned (maker, weather one or more) Promises to pay to the order of **WISCONSIN STEEL & TUBE CORPORATION**, at its office, Two hundred seventy eight thousand five hundred eleven and 17/100

(Check (a) or (c): only one shall apply.)

____(a) in one payment on _____
__X_(b) in 12 equal installments of $24,227.25_____ payable April 22, 2007, and on the same day of each month thereafter, PLUS a final payment of unpaid principal and interest due on the same day of the next succeeding month. All payments include principal and interest.
____(c) in ____ equal installments of principal of $_____payable_____20__, and on the same day of each _____ month thereafter, PLUS a final payment of unpaid principal due on the same day of the next succeeding _____ month. PLUS interest payable as set forth below.

If the amount of interest is not shown on line 4 below, this Note bears interest on the unpaid balance before maturity at the rate of_____% per year payable on _____20__, and on the same day of each _____month thereafter, and at maturity, OR, if box (B) is checked, at the times so indicated. Unpaid principal and interest bear interest after maturity (whether by acceleration or lapse of time) at the rate of ____% per year until paid, or, if Maker is a corporation, at the rate of ____% per year.

If any installment is not paid when due or if holder deems itself insecure, the unpaid balance shall, at the option of the holder, and without notice mature and become immediately payable. The unpaid balance shall automatically mature and become immediately payable in the event any Maker, surety, indorser or guarantor becomes the subject of bankruptcy or other insolvency proceedings.

This note is secured by all existing and future security agreements between payee and Maker, or payee and any indorser or guarantor of this Note, and payment may be accelerated according to any of them. The maker grants the holder a security interest and lien in any credit balance or other money now or hereafter owed and Maker by holder, and in addition, agrees that holder may, at any time after an occurrence of an event of default, with out notice or demand, set off against any such credit balance or other money any amount unpaid under this Note.

Without affecting the liability of any Maker, indorser, surety or guarantor, the holder may, without notice renew or extend the time for payment, accept partial payments, release or impair any collateral security for the payment of this Note or agree not to sue any party liable on it.

All Makers, indorsers, sureties, and guarantors agree to pay all costs of collection, including reasonable attorneys, fees, and waive presentment, protest, demand and notice of dishonor.

In the rate of interest exceeds 10% per year, and the Maker is not a corporation, this Note may be prepaid in full or in part without penalty, and if prepaid in full, unearned interest, if any, will be refunded as required by law; otherwise, this Note may be prepaid in for or in part.

Holder may apply partial prepayment to such future installments as it elects.

Payee has not made any representations or warranties with respect to, and does not assume any responsibility for, the collectability or enforceability of this Note or any collateral securing the Note or the financial condition of any Maker. Each Maker has independently determined the collectability and enforceability of this Note and has made an independent appraisal of each Makers creditworthiness.

| | | |
|---|---|---|
| 1. Loan Proceeds $_____ | _____ Seal | 3/22/07 |
| 2. Cr. Life Ins. charge $_____ | _____ Seal | |
| 3. Cr. A&S Ins. charge $_____ | _____ Seal | |
| 4. Intst (add-on or Disc) $_____ | _____ Seal | |
| 5. $_____ | _____ Seal | |
| 6. Face Amount of Note $_____ | _____ Seal | |

JUL-10-07 TUE 02:35 PM   WIS STEEL                FAX NO. 4144530789              P. 01/01

# Loan Calculator

| Enter Values | |
| --- | --- |
| Loan Amount | $ 278,511.17 |
| Annual Interest Rate | 8.00 % |
| Loan Period in Years | 1 |
| Number of Payments Per Year | 12 |
| Start Date of Loan | 3/22/2007 |
| Optional Extra Payments | |

| Loan Summary | |
| --- | --- |
| Scheduled Payment | $ 24,227.25 |
| Scheduled Number of Payments | 12 |
| Actual Number of Payments | 12 |
| Total Early Payments | $ - |
| Total Interest | $ 12,216.82 |

Lender Name: Commerce Industries

| Pmt No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 4/22/2007 | $ 278,511.17 | $ 24,227.25 | $ - | $ 24,227.25 | $ 22,370.51 | $ 1,856.74 | $ 256,140.66 |
| 2 | 5/22/2007 | 256,140.66 | 24,227.25 | - | 24,227.25 | 22,519.64 | 1,707.60 | 233,621.02 |
| 3 | 6/22/2007 | 233,621.02 | 24,227.25 | - | 24,227.25 | 22,669.78 | 1,557.47 | 210,951.24 |
| 4 | 7/22/2007 | 210,951.24 | 24,227.25 | - | 24,227.25 | 22,820.91 | 1,406.34 | 188,130.33 |
| 5 | 8/22/2007 | 188,130.33 | 24,227.25 | - | 24,227.25 | 22,973.05 | 1,254.28 | 165,157.29 |
| 6 | 9/22/2007 | 165,157.29 | 24,227.25 | - | 24,227.25 | 23,126.20 | 1,101.05 | 142,031.09 |
| 7 | 10/22/2007 | 142,031.09 | 24,227.25 | - | 24,227.25 | 23,280.38 | 946.87 | 118,750.71 |
| 8 | 11/22/2007 | 118,750.71 | 24,227.25 | - | 24,227.25 | 23,435.58 | 791.67 | 95,315.13 |
| 9 | 12/22/2007 | 95,315.13 | 24,227.25 | - | 24,227.25 | 23,591.81 | 635.43 | 71,723.32 |
| 10 | 1/22/2008 | 71,723.32 | 24,227.25 | - | 24,227.25 | 23,749.09 | 478.16 | 47,974.22 |
| 11 | 2/22/2008 | 47,974.22 | 24,227.25 | - | 24,227.25 | 23,907.42 | 319.83 | 24,066.80 |
| 12 | 3/22/2008 | 24,066.80 | 24,227.25 | - | 24,066.80 | 23,906.35 | 160.45 | 0.00 |

KMK 208 Rev. 11/05

| United States Bankruptcy Court   EASTERN | District Of   WISCONSIN | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor**
CONVERSE INDUSTRIES, INC.

**Case Number**
07-24338

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

WISCONSIN STEEL & TUBE CORP.

**Name and Address where notices should be sent:**

KOHNER, MANN & KAILAS, s.c.
ATTORNEYS AT LAW
Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059   Telephone  (414) 962-5110

**Telephone Number:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
KMK #07-2485

Check here if this claim ☐ replaces or ☒ amends a previously filed claim
dated: 06-27-07   Claim No. 35

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:**
Prior to 06-05-07

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 542,513.63        $64,100.08      $606,613.71
(Unsecured Nonpriority)   (Secured)   (Unsecured Priority)   (Total)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $** 542,513.63
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 64,100.08
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_2_) 503(b)(9)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.  SEE ATTACHED DOCUMENTS

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date: 7-17-07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any.)
KOHNER, MANN & KAILAS, S.C.
Samuel C. Wisotzkey, Attorney-in-Fact/Agent

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**EXHIBIT A**
To Amended Proof of Claim
Of
Wisconsin Steel & Tube Corp.

**In re Converse Industries, Inc.**
Case No. 07-24338 (MDM)

This claim amends Claim No. 35 previously filed by Creditor to supplement the documentation submitted in support of the claim and to assert a priority claim pursuant to 11 U.S.C. § 503(b)(9) for the value of goods received by the Debtor in the ordinary course of business within 20 days of the petition date. Creditor is also amending the claim to include interest accrued through the petition date on two promissory notes from the Debtor. As a result, Creditor asserts a new total claim of $606,613.71, comprised of a priority claim for $64,100.08 and an unsecured portion of $542,513.63, as follows:

| | | |
|---|---|---|
| Goods Sold (20-day priority amount) | $64,100.08 | |
| Goods Sold (no priority) | $120,374.06 | |
| Sub-total Goods Sold | | $184,474.14 |
| March 22, 2007 Note (principal) | $278,511.17 | |
| Interest @ 8% (3/9/07 – 6/5/07) | $4,578.00 | |
| Subtotal March '07 Note | | $283,089.17 |
| May 19, 2006 Note (principal) | $137,156.62 | |
| Interest @ 8% (4/3/07 – 6/5/07) | $1,893.78 | |
| Subtotal May '06 Note | | $139,050.40 |
| **Total Claim** | | **$606,613.71** |

Due to the large number of documents evidencing this claim (including, but not limited to, purchase orders, bills of lading and invoices), attached hereto is a copy of creditor's statement of account and the two promissory notes. Invoices dated on or after May 15, 2007 are included within the amount entitled to priority pursuant to § 503(b)(9).

The proof of claim may be amended and supplemented as additional information and documentation are compiled by creditor. Creditor reserves its right to amend its proof of claim to change the amount, type and priority of the claim set forth on the proof of claim and to supplement the documentation provided in support of the claim.

1

A request for additional documents from creditor to supplement this claim should be sent in writing to:

Samuel C. Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059

0100145
CONVERSE INDUSTRIES
3601-95TH AVENUE
KENOSHA, WI. 53144

| el | Inv# | Date | Age | Type | Dsc Cd | Reas Code | Inv Amt | P.O.# |
|----|------|------|-----|------|--------|-----------|---------|-------|
| ப | 01305807 | 3/26/07 | 93 | OE | | | 5248.72 | 27088 |
| ப | 01305808 | 3/26/07 | 93 | OE | | | 4511.38 | 27088 |
| ப | 01305813 | 3/26/07 | 93 | OE | | | 4631.43 | 27089 |
| ப | 01305815 | 3/26/07 | 93 | OE | | | 4243.60 | 27089 |
| ப | 01306202 | 3/28/07 | 91 | OE | | | 4924.95 | 27094 |
| ப | 01306203 | 3/28/07 | 91 | OE | | | 1857.10 | 27094 |
| ப | 01306204 | 3/28/07 | 91 | OE | | | 4599.03 | 27095 |
| ப | 01306205 | 3/28/07 | 91 | OE | | | 3959.42 | 27095 |
| ப | 01306551 | 4/02/07 | 86 | OE | | | 15333.35 | 27099 |
| ப | 01306665 | 4/03/07 | 85 | OE | | | 7387.42 | 27100 |

More...

0100145
CONVERSE INDUSTRIES
5601-95TH AVENUE
KENOSHA, WI  53144

| el | Inv# | Date | Age | Type | Dsc Cd | Reas Code | Inv Amt | P.O.# |
|----|------|------|-----|------|--------|-----------|---------|-------|
| L | 01306666 | 4/03/07 | 85 | OE | | | 1349.86 | 27100 |
| L | 01306667 | 4/03/07 | 85 | OE | | | 6893.66 | 27100 |
| L | 01306668 | 4/03/07 | 85 | OE | | | 4410.33 | 27101 |
| L | 01306669 | 4/03/07 | 85 | OE | | | 4239.66 | 27101 |
| L | 01306670 | 4/03/07 | 85 | OE | | | 3200.23 | 27101 |
| L | 01307432 | 4/09/07 | 79 | OE | | | 2266.63 | 27100 |
| L | 01307115 | 4/10/07 | 78 | OE | | | 1391.78 | 27110 |
| L | 01307116 | 4/10/07 | 78 | OE | | | 7387.42 | 27110 |
| L | 01307118 | 4/10/07 | 78 | OE | | | 5120.44 | 27111 |
| L | 01307119 | 4/10/07 | 78 | OE | | | 3198.01 | 27111 |

More...

0100145
CONVERSE INDUSTRIES
5601-95TH AVENUE
KENOSHA, WI 53144

| el | Inv# | Date | Age | Type | Dsc Cd | Reas Code | Inv Amt | P.O.# |
|----|------|------|-----|------|--------|-----------|---------|-------|
|  | 01307120 | 4/10/07 | 78 | OE |  |  | 4431.90 | 27111 |
|  | 01307650 | 4/13/07 | 75 | OE |  |  | 5148.98 | 27123 |
|  | 01307651 | 4/13/07 | 75 | OE |  |  | 4266.37 | 27123 |
|  | 01307653 | 4/13/07 | 75 | OE |  |  | 1484.01 | 27124 |
|  | 01307654 | 4/13/07 | 75 | OE |  |  | 1337.80 | 27124 |
|  | 01307883 | 4/13/07 | 75 | OE |  |  | 7550.58 | 27133 |
|  | 01311574 | 5/24/07 | 34 | OE |  |  | 1721.57 | 27247 |
|  | 01311577 | 5/24/07 | 34 | OE |  |  | 7204.09 | 27246 |
|  | 01311578 | 5/24/07 | 34 | OE |  |  | 4262.41 | 27246 |
|  | 01311579 | 5/24/07 | 34 | OE |  |  | 2407.95 | 27246 |

§503(b)(9)
Claim

(cont)    More...

0100145
CONVERSE INDUSTRIES
5601-95TH AVENUE
KENOSHA, WI  53144

| el | Inv# | Date | Age | Type | Dsc Cd | Reas Code | Inv Amt | P.O.# |
|----|------|------|-----|------|--------|-----------|---------|-------|
| ⊔ | 01311580 | 5/24/07 | 34 | OE | | | 6924.65 | 27245 |
| ⊔ | 01311581 | 5/24/07 | 34 | OE | | | 1530.12 | 27245 |
| ⊔ | 01311582 | 5/24/07 | 34 | OE | | | 10253.94 | 27245 |
| ⊔ | 01312385 | 5/30/07 | 28 | OE | | | 9437.89 | 27256 |
| ⊔ | 01312386 | 5/30/07 | 28 | OE | | | 5021.41 | 27256 |
| ⊔ | 01312387 | 5/30/07 | 28 | OE | | | 4266.37 | 27256 |
| ⊔ | 01312389 | 5/30/07 | 28 | OE | | | 3181.80 | 27255 |
| ⊔ | 01312390 | 5/30/07 | 28 | OE | | | 7887.88 | 27255 |

503 (b) (9) claim

$64,100.03

00000000   0/00/00   **Invoice Total**   184474.14